562 A.2d 151

**Edward A. JOHNSON**

v.

**Wallace H. BAKER, et al.**

**Petition No. 137, Sept. Term, 1988.**

Court of Appeals of Maryland.

July 26, 1989.

Edward A. Johnson, pro se.

Royal G. Shannhouse, Walter Childs, Basil E. Moore, Jr., Annapolis, for respondents.

Submitted before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The Court having considered the petition for writ of certiorari to the Court of Special Appeals, the answer of the respondent, Wallace H. Baker and the answer and motion for costs and attorneys fees filed by Blumenthal, Wayson, Downs and Offutt, P.A. in the above entitled case and

The Court having determined that the petition was filed without substantial justification in violation of Md.Rule 1–341, it is this 26th day of July, 1989

ORDERED, by the Court of Appeals of Maryland, that the petition be, and it is hereby, denied as there has been no showing that review by certiorari is desirable and in the public interest and it is further

ORDERED, that the petitioner shall forthwith pay to the respondent Blumenthal, Wayson, Downs and Offutt, P.A. Five Hundred Dollars ($500.00) which represents the rea-

sonable costs, expenses, and attorneys fees incurred by this respondent in opposing the petition.

COLE, J., dissents from that part of the order requiring the petitioner to pay Five Hundred Dollars ($500.00).